**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 251 EAL 2022

        Respondent             :

                                         :   Petition for Allowance of Appeal

                                         :   from the Order of the Superior Court

        v.                         :

                                         :

DERRICK RUFFIN,                  :

                                         :

        Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of January, 2023, the Petition for Allowance of Appeal is **DENIED.** The Defender Association of Philadelphia's Application for Leave of Court to File Amicus Curiae Petition is also **DENIED**.